In the Matter of the Claim of WILLIAM P. MORRISON, Respondent, v. CONGREGATION SONS OF ISRAEL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— GIBSON, P. J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.